MLP

FILED
FEB 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Jose A. GALLARDO-Angel, Defendant. | Magistrate Case No.: 08 MJ 8188<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about February 28, 2008, within the Southern District of California, defendant Jose A. GALLARDO-Angel did knowingly and intentionally import approximately 22.94 kilograms (50.46 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Lance Swanson
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th, DAY OF FEBRUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jose A. GALLARDO-Angel

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent L. Swanson.

On February 28, 2008 at approximately 1055 hours, Jose A. GALLARDO-Angel entered the United States at the Calexico, California, West Port of Entry. GALLARDO was the sole occupant driver and registered owner of a 2003 Pontiac Grand Am.

During the pre-primary inspection Customs and Border Protection (CBP) K-9 Officer J. Jones received an alert from his Narcotics Detection Dog (NDD) near the driver and passenger side doors. GALLARDO and the vehicle were referred to the secondary lot for closer examination.

In the vehicle secondary lot, CBP Officer L. Garcia discovered 48 packages inside the rear passenger side quarter panel and front dashboard of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 48 packages had a combined net weight of approximately 22.94 kilograms (50.46 pounds).

GALLARDO was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. GALLARDO stated to Special Agent Swanson he was going to be paid $1,000.00 to smuggle marijuana into the United States.