AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE A. GALLARDO-ANGEL

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 946-W

I, JOSE A. GALLARDO-ANGEL, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3-27-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose A Gallardo

Defendant

Stephen P. White

Counsel for Defendant

Before ______________________

Judicial Officer

Translated by- Frances Young

FILED

MAR 27 2008

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY