UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE A GALLARDO-ANGEL, Defendant. | Criminal Case No. 08-cr-0946-W<br><br>AMENDED CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Stephen Patrick White
Law Offices of Stephen P White
101 West Broadway
Suite 1950
San Diego, CA 92101-6036
Email: spw1@sbcglobal.net
Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 24, 2008.

s/ *George V. Manahan*
GEORGE V. MANAHAN